UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY WAYNE MINYARD,<br><br>                    Plaintiff,<br><br>         vs.<br><br>OFFICER WALSH, ET AL.,<br><br>                    Defendants. | CASE NO. ED CV 13-00110 DSF (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge as set out in the Report.

DATED: 3/17/14

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE