# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORLEY WAYNE MINYARD,<br><br>  Plaintiff,<br><br>  vs.<br><br>OFFICER WALSH, ET AL.,<br><br>  Defendants. | CASE NO. ED CV 13-00110 DSF (RZ)<br><br>JUDGMENT |

The Court, having accepted the Report and Recommendation of United States Magistrate Judge and the findings and recommendations therein,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff have and take nothing by his Complaint and that the action is dismissed with prejudice.

DATED: 3/17/14

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE